**Order entered December , 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-16-01020-CR
No. 05-16-01021-CR
No. 05-16-01022-CR
No. 05-16-01023-CR

**JESSE GLEN SANCHEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F12-39523-M, F12-50728-M, F12-63898-M & F13-56986-M**

## ORDER

On December 7, 2016, we abated these appeals for the trial court to make findings regarding why the reporter's record had not been filed. On December 12, 2016, the reporter's record was filed but the fourth volume of the reporter's record was missing several exhibits. We ordered court reporter Yolanda Atkins to file a supplemental reporter's record containing the missing five exhibits. On December 16, 2016, Ms. Atkins filed the supplemental reporter's record with the missing exhibits.

On December 19, 2016, the trial court filed a supplemental clerk's record containing its findings regarding the reporter's record. We **ADOPT** those findings. The reporter's record is now complete. Appellant's brief is **DUE** January 15, 2017.

/s/    ADA BROWN
JUSTICE